# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN, ) | Case No.: 1:16-cv-01063 LJO JLT |
| Plaintiff, ) ) | ORDER AFTER MID-DISCOVERY STATUS CONFERENCE |
| v. ) ) | |
| GLOBAL EXCEL MANAGEMENT, INC., ) ) | |
| Defendants. ) ) | |

On March 14, 2017, the Court held the mid-discovery status conference. The Court discussed with counsel the outstanding discovery dispute and came to the conclusion that the meet and confer efforts had been insufficient. Thus, the Court **ORDERS:**

1. **No later than March 17, 2017**, counsel **SHALL** again meet and confer to attempt to iron out the dispute;

   a. In advance of the meet and confer conference, the defendant **SHALL** reconsider each outstanding discovery request and fairly evaluate whether the discovery sought complies with Rule 26(b)(1) in that it is relevant to the claims or defenses in the case and it is proportional to the needs of the case. In addition, defendant **SHALL** consider whether the written discovery should be conducted in stage;

   b. In advance of the meet and confer conference, the plaintiff **SHALL** reconsider each outstanding discovery request and fairly evaluate whether there is any

1

portion of the request to which it is obligated to respond as required by Fed. R. Civ. P. 34(b)(2)(C) and Fed. R. Civ. P. 33(b)(3);

2. In the event that this meet and confer does not resolve the dispute, the defendant is authorized to file a motion to compel **no later than March 24, 2017**, that complies with Local Rule 251(c). The joint statement **SHALL** describe the meet and confer efforts ordered here and the results thereof.

IT IS SO ORDERED.

Dated:  **March 14, 2017**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2