# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN,<br><br>  Plaintiff,<br><br>  vs.<br><br>GLOBAL EXCEL MANAGEMENT, INC.,<br><br>  Defendants. | Case No. 1:16-cv-01063-LJO-JLT<br><br>**ORDER APPROVING THE STIPULATION TO EXTEND THE MOTION TO COMPEL DEADLINE BY TWO WEEKS**<br>**(Doc. 18)** |

Before the Court is the Plaintiff County of Kern and Defendant Global Excel Management, Inc.'s Stipulation to Extend the Motion to Compel Deadline by Two Weeks. For good cause shown, the stipulation is APPROVED. The motion to compel deadline in the Order After Mid-Discovery Status Conference (Doc. 17) is extended from March 24, 2017, to April 7, 2017.

IT IS SO ORDERED.

Dated:  **March 21, 2017**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE