# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN, ,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EXCEL MANAGEMENT, INC,<br><br>Defendants. | Case No. 1:16-cv-01063-LJO-JLT<br><br>**ORDER APPROVING THE STIPULATION TO EXTEND THE MOTION TO COMPEL DEADLINE BY FOUR WEEKS**<br>**(Doc. 20)** |

Counsel report that they have reached a settlement in principle but have not yet formalized it in writing. (Doc. 20) They seek to extend the motion to compel deadline by four weeks to allow time to complete the settlement, if it will settle. Id. at 1-2. Thus, the Court **ORDERS**:

1. The stipulation is **GRANTED**. The deadline for the motion to compel discussed at the mid-discovery status conference is extended by four weeks, to May 5, 2017.

IT IS SO ORDERED.

Dated:  **April 7, 2017**                  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE