# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN, ,<br><br>    Plaintiff,<br><br>vs.<br><br>GLOBAL EXCEL MANAGEMENT, INC,<br><br>    Defendant. | Case No. 1:16-cv-01063-LJO-JLT<br><br>**ORDER APPROVING THE STIPULATION TO EXTEND THE MOTION TO COMPEL DEADLINE BY FIVE WEEKS**<br>(Doc. 22) |

Counsel report that they have agreed to all material provisions in a written settlement agreement and that they are in the process of executing the agreement. They seek to extend the motion to compel deadline by five weeks to allow time to finalize the settlement. Thus, the Court **ORDERS**:

1. For good cause shown, the stipulation is **GRANTED**. The motion to compel deadline is extended from May 5, 2017 (ECF No. 21) to June 9, 2017.

IT IS SO ORDERED.

Dated: **May 5, 2017**            **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE