1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   COUNTY OF KERN,                                Case No. 1:16-cv-01063-LJO-JLT

12            Plaintiff,                               **ORDER CLOSING THE CASE**
                                                       **(Doc. 24)**
13        vs.

14   GLOBAL EXCEL MANAGEMENT, INC.,

15            Defendants.

16

17        The parties have stipulated to dismiss this action with prejudice with the parties bearing their

18   own costs. (Doc. 24)  Federal Rules Civil Procedure 41(a) provides, "the plaintiff may dismiss an

19   action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have

20   appeared.". . ." Once such a notice has been filed, an order of the Court is not required to make the

21   dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th

22   Cir. 1997).  Thus, the Clerk of Court is **DIRECTED** to close this case.

23

24   IT IS SO ORDERED.

25      Dated:    **May 29, 2017**                        **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE
26

27

28